MILDRED I. WATERMAN ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF NEWINGTON ET AL.

The named plaintiff's petition for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*Vincent F. Sabatini,* in support of the petition.
*William C. Galligan,* in opposition.

Submitted June 15—decided June 30, 1976

JOHN R. AYERS *v.* SHIRLEY F. AYERS

The plaintiff's motion for a review of the trial court's denial of an extension of time in which to file his brief in the appeal from the Superior Court in Windham County is granted and an extension of time to no later than August 16, 1976, is given the plaintiff for the filing of his brief.

*G. J. Stillson MacDonnell,* in support of the motion.

Submitted June 22—decided July 8, 1976

RICHARD A. NIGRO *v.* DANIEL HAGEARTY ET AL.

The named defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Charles G. Karanian,* in support of the motion.
*Howard R. Steeg,* in opposition.